# Court of Appeals
# of the State of Georgia

ATLANTA,  February 08, 2017

*The Court of Appeals hereby passes the following order:*

## A16A1570. SHAW v. GSLS GA LLC.

Greg Shaw, stating that he is acting *on behalf of* the Fulton Cross Trust, an express land trust recognized in Fulton County land records, appeals from a trial court order dismissing his complaint against a mortgagor/security deed holder, GSLS GA, LLC ("GSLS"). Shaw signed all relevant documents not as a pro se litigant, but as "trustee" acting "on behalf of" the Trust. As Shaw does not appear to be an attorney who may represent the Trust before this Court, see OCGA § 15-19-51 (a) (1), and as he never was made a party to the action, he cannot legally represent the Trust because he lacks standing to appeal. *Andrews v. Gloster*, 320 Ga. App. 192, 192-193 (730 SE2d 699) (2013).

*Appeal dismissed*.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  02/08/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk*.